# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERY COOPER,<br><br>    Petitioner<br><br>v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>    Respondents. | Case No.: 3:23-cv-00067-RCJ-CSD<br><br>**Order Granting Leave to file Amended Petition**<br><br>(ECF Nos. 11, 13) |

Jeffery Cooper has filed two motions seeking leave to file an amended *pro se* 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF Nos. 11, 13.) He explains that on his original petition he had written claims on both sides of the paper, but only the face sides were transmitted electronically from Northern Nevada Correctional Center to the Clerk of Court. While he styles the document at ECF No. 13 as a motion to amend, it is actually the amended petition, setting forth grounds 1-11. Respondents filed their non-opposition to the motion amend. (ECF No. 14.) Good cause appearing,

IT IS ORDERED that petitioner's motions for leave to file an amended petition **(ECF Nos. 11 and 13) are both GRANTED**.

IT IS FURTHER ORDERED that amended petition at ECF No. 13 is the operative petition.

IT IS FURTHER ORDERED that the deadlines set forth in the scheduling order at ECF No. 7 will run from the date of this order.

DATED: 4 October 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE