# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERY COOPER,<br><br>  Petitioner<br><br>v.<br><br>NETHANJAH BREITENBACH, *et al*.,<br><br>  Respondents. | Case No.: 3:23-cv-00067-RCJ-CSD<br><br>**Order Granting Leave to file Amended Petition**<br><br>(ECF No. 11) |

Jeffery Cooper seeks leave to file an amended *pro se* 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 11.) He explains that on his original petition he had written claims on both sides of the paper, but only the face sides were transmitted electronically from Northern Nevada Correctional Center to the Clerk of Court. While he styles the document at ECF No. 13 as a motion to amend, it is actually the amended petition, setting forth grounds 1-11. Respondents filed their non-opposition to the motion amend. (ECF No. 14.) This order vacates the order at ECF No. 15 and clarifies that ECF No. 13 is construed as the amended petition. Good cause appearing,

IT IS ORDERED that the court's order at **ECF No. 15 is VACATED**.

IT IS FURTHER ORDERED petitioner's motion for leave to file an amended petition **(ECF No. 11) is GRANTED**.

IT IS FURTHER ORDERED that the Clerk of Court is directed to change the docket to reflect that ECF No. 13 is the amended petition.

IT IS FURTHER ORDERED that the amended petition at ECF No. 13 is the operative petition.

IT IS FURTHER ORDERED that the deadlines set forth in the scheduling order at ECF No. 7 will run from the date of this order.

DATED: 5 October 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE