# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERY COOPER, | Case No.: 3:23-cv-00067-RCJ-CSD |
| Petitioner | **Order Granting Extension to Respond to Amended Petition to March 1, 2024** |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | (ECF No. 17) |
| Respondents. | |

Respondents ask the court for an extension to file a response to Jeffery Cooper's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 17.) Good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to file a response to the amended petition **(ECF No. 17) is GRANTED** *nunc pro tunc*. **The deadline to file the response is extended to March 1, 2024**.

DATED: 8 January 2024.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE