# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERY COOPER, | Case No.: 3:23-cv-00067-RCJ-CSD |
| Petitioner | **Order Denying Motion for Counsel and Granting Extension to Respond to Amended Petition to April 15, 2024** |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | (ECF Nos. 19, 22) |
| Respondents. | |

Jeffery Cooper has submitted another motion for appointment of counsel in his 28 U.S.C. § 2254 habeas corpus action. (ECF No. 19.) There is no constitutional right to appointed counsel in a federal habeas corpus proceeding. *Luna v. Kernan*, 784 F.3d 640, 642 (9th Cir. 2015) (citing *Lawrence v. Florida*, 549 U.S. 327, 336–37 (2007)). Whenever the court determines that the interests of justice so require, counsel may be appointed to any financially eligible person who is seeking habeas corpus relief. 18 U.S.C. § 3006A(a)(2)(B). Cooper's latest motion presents no new arguments explaining why counsel is warranted. In his reply in support of his motion, Cooper states that he has had to pay other inmates to assist him with his filings. But because Cooper's petition sets forth his claims for relief clearly, and the legal issues do not appear to be

particularly complex, the court remains unpersuaded that counsel should be appointed. The motion is therefore denied.

Respondents also ask the court for an extension to file a response to the petition. (ECF No. 22.) Good cause appearing, the motion is granted.

IT IS THEREFORE ORDERED that petitioner's motion for appointment of counsel **(ECF No. 19) is DENIED**.

IT IS FURTHER ORDERED that respondents' motion for extension of time to file a response to the amended petition **(ECF No. 22) is GRANTED** *nunc pro tunc*. **The deadline to file the response is extended to April 15, 2024**.

DATED: 7 March 2024.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE