# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERY COOPER,<br><br>    Petitioner<br><br>v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>    Respondents. | Case No.: 3:23-cv-00067-RCJ-CSD<br><br>**Order Granting Extension to Respond to Amended Petition to May 15, 2024**<br><br>(ECF No. 24) |

Respondents ask the Court for an extension to file a response to Jeffery Cooper's 28 U.S.C. § 2254 habeas petition. (ECF No. 24.) Good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to file a response to the amended petition **(ECF No. 24) is GRANTED** *nunc pro tunc*. **The deadline to file the response is extended to May 15, 2024**.

DATED: 16 April 2024.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE