UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JEFFERY COOPER, | Case No. 3:23-cv-00067-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

Respondents ask the Court for an extension of time to file a reply in support of their motion to dismiss Petitioner Jeffery Cooper's 28 U.S.C. § 2254 habeas petition. (ECF No. 38.) The Court finds that good cause exists to grant the motion.

It is ordered that Respondents' motion for extension of time to reply in support of their motion to dismiss (ECF No. 38) is granted *nunc pro tunc*. The deadline to file the response is extended to July 5, 2024.

DATED this 6th Day of June 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE