UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFERY COOPER,<br><br>             Petitioner,<br>   v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>             Respondents. | Case No. 3:23-cv-00067-MMD-CSD<br><br>ORDER |

    Respondents ask the Court for an extension of time to answer the remaining claims asserted in Jeffery Cooper's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 44 ("Motion").) The Court finds that the Motion is brought in good faith and not for the purposes of delay.

    It is therefore ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 44) is granted *nunc pro tunc*. The deadline to answer is extended to February 7, 2025.

    DATED THIS 11th Day of December 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE