UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFERY COOPER,<br><br>　　　　　Petitioner,<br>　v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:23-cv-00067-MMD-CSD<br><br>ORDER |

　　Respondents ask the Court for an extension of time to answer the remaining claims in Jeffery Cooper's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 46.) The Court finds that the request is made in good faith and not for the purposes of delay.

　　It is therefore ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 46) is granted *nunc pro tunc*. The deadline to answer is extended to March 10, 2025.

　　DATED THIS 7th Day of February 2025.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE