UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFFERY COOPER,

               Petitioner,

   v.

NETHANJAH BREITENBACH, *et al.*,

               Respondents.

Case No. 3:23-cv-00067-MMD-CSD

ORDER

Respondents ask the Court for a 14-day extension of time to answer the remaining claims in Jeffery Cooper's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 48.) The Court finds good cause to grant the request, because the motion is brought in good faith and not for the purposes of delay.

It is ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 48) is granted *nunc pro tunc*. The deadline to answer is extended to March 24, 2025.

DATED THIS 11th Day of March 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE